**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

––––––––––––

No. 00-50736

––––––––––––

GLYNDON RAY PACE, JR; JIMMY K SHIRLEY,

Plaintiffs - Appellants,

versus

EXXON CORPORATION, doing business as Exxon Corporation 1996 Production Department Special Program of Severance Allowances, doing business as Exxon Company, USA,

Defendant - Appellee.

Appeal from the United States District Court
For the Western District of Texas
U.S.D.C. No. MO-98-CV-54

August 10, 2001

Before EMILIO M. GARZA, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED for the reasons stated in the district court's Order Denying Plaintiffs' Motion for Partial Summary Judgment and Granting Defendants' Motion for Summary Judgment of July 20, 2000.

––––––––––––––––––––

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.